# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| VICTOR R. GUZMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-CV-09238-JTM-JPO |
| ) | |
| SPIRIT AEROSYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER FOR INSPECTION AND REPRODUCTION OF MEDICAL RECORDS AND PROTECTED HEALTH INFORMATION
## PURSUANT TO STATE AND FEDERAL LAW (HIPAA)

TO: **All Hospitals, Clinics, Pharmacies, Physicians, Social Workers, Psychiatrists, Psychologists, Therapists, Governmental Agencies (State and Federal); and all Other Medical Institutions, Practitioners, and Health Care Providers**

You are hereby authorized, pursuant to applicable state and federal law, including but not limited to the Health Insurance Portability and Accountability Act (HIPAA), to make available for examination and reproduction by the parties and their counsel denominated in this lawsuit **any and all** medical records of any type or nature whatsoever and/or any protected health information within your care, custody, or in any manner concerning Victor R. Guzman.

Medical documents and protected health information subject to this order include, but are not limited to, the entire medical chart <u>cover to cover</u> (including, but not limited to any and all medical records from other health care providers and any and all correspondence); intake/registration forms; patient questionnaires; office notes; consultations; progress notes; prescription orders; telephone messages; handwritten notes; lab reports; evaluations; radiological films; monitoring strips of any kind; billing and payment records; prescriptions; test results; any

1

and all records related to HIV testing, HIV status, AIDS or sexually transmitted diseases; any and all records related to the diagnosis and treatment of mental, alcoholic, drug dependency, or emotional condition; psychotherapy notes that are part of the medical record; and all correspondence with Victor R. Guzman.

Unless specifically excluded by this Order, all medical records and protected health information in your possession regarding the person noted above may be produced.

Said inspection and reproduction may be requested by any attorney of record herein as listed below, and all clerical fees and expenses shall be paid by the attorney requesting such examination, reproduction or interview.

This Order complies with HIPAA federal standards for privacy of individually identifiable health information, 45 C.F.R. Parts 160 and 164.  This Order further allows the disclosure of (1) information regarding diagnosis of, treatment for and general status relating to HIV and AIDS pursuant to K.S.A.  § 65-6001 *et seq.*; and (2) information regarding diagnosis and treatment of mental, alcoholic, drug dependency and emotional condition pursuant to K.S.A. § 65-5601 *et seq*. and 42. C.F.R. part 2.

All documents produced in response to this Order will be confidential and subject to the Protective Order [Doc. 16] entered in this matter.  The parties will limit disclosure of documents produced in response to this Order to only those individuals listed in Paragraph 5(b) of the Protective Order.

This Order does not waive Plaintiff's right to object to the admissibility of documents produced in response to this Order.

This Order shall be effective throughout the pendency of this action.

Dated this 3rd day of June, 2016.

   s/ James P. O'Hara
James P. O'Hara
United States Magistrate Judge

APPROVED:

Aaron C. McKee
McKee Law, LLC
222 South Cherry Street
Olathe, Kansas 66061
aaronmckee@mckee-law.com

   *Attorney for Plaintiff*

- and -

FOULSTON SIEFKIN LLP
Teresa L. Shulda, # 23425
tshulda@foulston.com
1551 N. Waterfront Pkwy, Suite 100
Wichita, KS 67206
Telephone: (316) 267-6371
Facsimile: (316) 267-6345

   *Attorneys for Defendant*